## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### (Newark Vicinage)

---

| | |
|---|---|
| GUANG YANG and LIQI HUANG, individually and on behalf of all those similarly situated, | Case 2:18-cv-11817-SDW-LDW |
| Plaintiff(s), | |
| v. | |
| LAO MA SPICY INC.; LAO MA INC.; LAOMA SPICY ELMHURST, INC.; LAO MA MA LA TANG INCORPORATED; LIU TUO; HUADONG LIU; and JOHN DOES 1 through 10 (fictitious names of unknown individuals and/or entities), | **NOTICE OF MOTION TO APPROVE & ENFORCE FLSA SETTLEMENT** |
| Defendant(s). | |

---

TO    Mr. Hui Chen, Esq.
      Law Offices of Hui Chen and Associates, P.C.
      13620 38th Avenue, Suite 9E
      Flushing, New York 11354
      *Attorney for Defendants, Lao Ma Spicy Inc., Lao Ma Inc.,*
      *Laoma Spicy Elmhurst, Inc., Lao Ma Ma La Tang Incorporated,*
      *Liu Tuo and Huadong Liu*

DEAR COUNSEL:

**PLEASE TAKE NOTICE** that on **MONDAY, MARCH 4, 2019, AT 9:00 AM** in the forenoon, or as soon thereafter as counsel may be heard, plaintiffs will seek an order approving and enforcing the parties' "FLSA" settlement recorded with the Court (Judge Wettre) January 14, 2019.

- 1 -

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the accompanying memorandum of law, declaration and proposed order in support of the instant cross-motion.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be filed and served no later than February 19, 2019, per D.N.J. L. Civ. R. 78.1(a).

Dated: New York, New York
       February 7, 2019

                                /s/ *Peter Y. Lee*
                        By:_____
                            PETER Y. LEE, ESQ.
                            *Attorney for Plaintiffs and the*
                            *Putative Class*

                            c/o Nabli & Assocs.
                            733 3rd Avenue
                            16th Floor
                            New York, New York 10017
                            (212) 808-0716 Tel
                            (212) 808-0719 Fax
                            Peter.Lee@LeeAdvocates.Com

- 2 -